EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Ricardo A. Álvarez Westwood | 2018 TSPR 194<br><br>201 DPR ____ |

Número del Caso: TS-12,015

Fecha:  5 de diciembre de 2018

Abogado de la peticionaria:

      Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *Ex Parte*<br><br>Ricardo A. Álvarez Westwood | TS-12,015 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de diciembre de 2018.

Atendido el *Escrito en Cumplimiento con Resolución* presentado por el Sr. Ricardo A. Álvarez Westwood, se autoriza su reinstalación al ejercicio de la abogacía. Por consiguiente, se reactivan las quejas AB-2016-0075 y AB-2016-0317. Se le concede un término de veinte (20) días para que conteste la queja AB-2016-0075.

Notifíquese inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres emite la expresión siguiente:

"Proveería no ha lugar en esta etapa a la solicitud de reinstalación y que no la consideraría hasta que se adjudiquen las quejas pendientes contra el abogado. No estoy de acuerdo con darle a este un trato distinto al que se le da a cualquier otra persona que solicita su admisión por primera vez. Pendiente quejas contra el solicitante, el interés público requiere que nos cercioremos de la idoneidad ética del abogado antes de activar su licencia".

José Ignacio Campos Pérez
Secretario del Tribunal Supremo